UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| jWIN Electronics Corporation,<br><br>      Petitioner,<br><br>- against -<br><br>iCube Corporation, iCube America Corp., and iCube America Corporation,<br><br>      Defendant. | Case No.: 07-CIV-9459 (AKH)<br><br>**APPEARANCE**<br>ECF CASE |

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for petitioner jWin Electronics Corporation.

I certify that I am admitted to practice in this court.

Dated: October 25, 2007

              /s/
            _____

Jenny N. Lee
KIRKLAND & ELLIS LLP
555 California Street, Suite 2700
San Francisco, CA 94114
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

*Attorneys for Petitioner*