# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

Citigroup Center
153 East 53rd Street
New York, New York 10022-4611

212 446-4800

www.kirkland.com

Abigail Diaz-Pedrosa
To Call Writer Directly:
212 446-4963
adiaz-pedrosa@kirkland.com

Facsimile:
212 446-4900

Dir. Fax: 212 446-4900

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08

February 4, 2008

**Via Facsimile to Chambers**
**Via Federal Express to Defendants**

Hon. Alvin K. Hellerstein
Room 1050
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Court Conference Scheduled for February 8, 2008 in *jWIN Electronics Corporation v. iCube Corporation, et al.*, 07 Civ. 9459 (AKH)

Dear Judge Hellerstein,

We represent jWIN Electronics Corporation in the above-captioned case and write to request an adjournment of the Court Conference scheduled for February 8, 2008. This is the first such request for adjournment, and there are no other previously-scheduled dates in this matter that fall after February 8, 2008. Counsel for jWIN contacted the number for iCube listed on its website to determine their position with respect to this request for adjournment and the Court Conference. The person who answered the telephone stated that she was not employed by iCube Corporation or iCube America Corporation. We have been otherwise unable to make contact with the defendants.

Although the Complaint was served on Pan Gun Kim (registered agent and vice president of iCube) on October 31, 2007, *see* D.I. 4, we have received no communication from iCube in any form since service of the complaint, and no attorney or other representative of iCube has made an appearance in this case. We filed a request for entry of default against iCube America Corp. on December 17, 2007. *See* D.I. 5.

jWIN requests that the Court Conference scheduled for February 8, 2008 be adjourned until iCube responds to the complaint in this action or that it be vacated upon the entry of a default judgment. Alternatively, jWIN requests permission for its counsel to appear at the hearing telephonically. Because a working facsimile number for any defendant is presently unknown to us, a copy of this letter is being sent by Federal Express to Pan Gun Kim, registered agent and Vice President of iCube, as well as to the iCube addresses listed in the underlying contract between jWIN and iCube. *See* D.I. 1 at Ex. B.

Chicago    London    Los Angeles    Munich    San Francisco    Washington, D.C.

## KIRKLAND & ELLIS LLP

Hon. Alvin K. Hellerstein
Room 1050
United States Courthouse
500 Pearl Street
New York, New York 10007

February 4, 2008
Page 2

                                        Sincerely,

                                        Abigail Diaz-Pedrosa, Esq.

cc:    Perry R. Clark, Esq.
        Pan Gun Kim, Registered Agent