Jenny N. Lee (JL 7846)
KIRKLAND & ELLIS LLP
555 California Street, Ste. 2700
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Abigail M. Diaz-Pedrosa (AD 0502)
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| jWIN Electronics Corp., | )<br>)<br>) |
| Petitioner, | )<br>) Case No. 07-CV-9459 AKH |
| vs. | )<br>) |
| iCube Corporation, iCube America Corp., iCube America Corporation, | ) **DECLARATION OF PERRY**<br>) **CLARK IN SUPPORT OF**<br>) **RENEWED APPLICATION FOR**<br>) **CERTIFICATE OF DEFAULT** |
| Respondents. | )<br>) |

I, Perry Clark, declare as follows:

1.  I am counsel for jWIN Electronics Corp. in this matter and am an attorney at Kirkland & Ellis LLP.

2.  iCube Corporation, iCube America Corp., and iCube America Corporation are not infants, in the military, or incompetent persons.

3.  iCube Corporation, iCube America Corp., and iCube America Corporation have failed to defend this action. iCube Corporation, iCube America Corp., iCube America

Corporation were served with the complaint in this action on January 24, 2008 and they have not responded.

4.  jWIN Electronics Corp.'s Petition to Compel Arbitration was properly served on iCube Corporation, iCube America Corp. and iCube America Corporation on January 24, 2008. *See* Ex. 1. Specifically, jWIN Electronics Corp.'s Petition to Compel Arbitration was served on Pan Gun Kim, who is the Vice President of iCube Corporation and the registered Agent for Service of Process of iCube America Corp. and iCube America Corporation.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  April 30, 2008

Respectfully submitted,

*(signature)*

Perry Clark
Jenny N. Lee (JL 7846)
KIRKLAND & ELLIS LLP
555 California Street, Ste. 2700
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Abigail M. Diaz-Pedrosa (AD 0502)
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Attorneys for jWIN Electronics Corp.*

# Ex. 1

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

jWIN Electronics Corporation,

V.                                                                    **SUMMONS IN A CIVIL ACTION**

iCube Corporation, iCube America Corp., and
iCube America Corporation.

CASE NUMBER: 07-CV-9459

TO: (Name and address of Defendant)

iCube Corporation
c/o Pan Gun Kim, Vice President
6131 Orange Thrope Ave., #265
Buena Park, CA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Abigail Diaz-Pedrosa
KIRKLAND & ELLIS LLP
153 East 53rd St.
New York, NY 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Facsimile: (415) 439-1500

an answer to the complaint which is served on you with this summons, within_____20_____days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK                                                          DATE   OCT 2 3 2007

(By) DEPUTY CLERK  *[signature]*

Jan-24-2008  04:16pm  From-SERVING BY IRVING          212-349-0338          T-585  P.003/003  F-117

B 151— Affidavit of Service of Summons or Subpoena: Personal or Alternative Methods: Corp. or Ind.: Military Service. 10 pt. type. 1-95

© 1985 JULIUS BLUMBERG, INC.
PUBLISHER, NYC 10013

**COURT** UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COUNTY OF _____

jWIN ELECTRONICS CORPORATION,

Plaintiff(s)

against

iCUBE CORPORATION, ET AL.,

Defendant(s)

Index No. 07-CV-9459

**AFFIDAVIT OF SERVICE OF** ~~SUMMONS~~ ~~AND COMPLAINT~~

SEE ATTACHED RIDER

STATE OF CALIFORNIA, COUNTY OF ORANGE     SS:  The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides ~~at~~ IN THE STATE OF CALIFORNIA
That on  1/24/08       at 12:45PM., at 6131 ORANGE THORPE AVE, #265, BUENA PARK, CA    defendant therein named,
deponent served the within ~~summons and complaint~~ on   iCUBE CORPORATION
SEE ATTACHED RIDER

**INDIVIDUAL 1.** ☐  by delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION 2.** ☒  a DOMESTIC corporation, by delivering thereat a true copy of each to  PAN GUN KIM personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be  VICE PRESIDENT  thereof.

**SUITABLE AGE PERSON 3.** ☐  by delivering thereat a true copy of each to                    a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐  by affixing a true copy of each to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☐  Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at                     and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** ☐  Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at                     in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3** ☒

| | | | | | |
|---|---|---|---|---|---|
| ☒ Male | ☐ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☒ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☒ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☒ 36-50 Yrs. | ☒ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☒ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features: _____

**USE IN NYC CIVIL CT.** ☐  The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE** ☐  I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on
24 Jan 08
Sandy M Gelnaw

SANDY M. GELNAW
Commission # 1655591
Notary Public - California
Orange County
My Comm. Expires Mar 31, 2010

WILLIAM GELNAW
License No. 2010 ORANGE COUNTY

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X  Case No. 07-CV-9459

jWIN ELECTRONICS CORPORATION,

    vs.

iCUBE CORPORATION, ET AL.,

--------------------------------X

RIDER TO
AFFIDAVIT
OF SERVICE

LIST OF DOCUMENTS SERVED:

- Summons in a Civil Action;
- Notice of Petition and Petition to Compel Arbitration;
- Petition to Compel Arbitration Pursuant to Parties' Agreement;
- Exhibits A to C;
- Procedures for Electronic Case Filing;
- Guidelines for Electronic Case Filing;
- 3rd Amended Instructions for Filing an Electronic Case Filing;
- Individual Rules of the Honorable Alvin K. Hellerstein Southern District of New York; and
- Individual Practcies of Magistrate Judge Michael H. Dolinger.