Jenny N. Lee (JL 7846)
KIRKLAND & ELLIS LLP
555 California Street, Ste. 2700
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Abigail M. Diaz-Pedrosa (AD 0502)
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| jWIN Electronics Corp., <br><br> Petitioner, <br><br> vs. <br><br> iCube Corporation, iCube America Corp., iCube America Corporation, <br><br> Respondents. | Case No. 07-CV-9459 AKH <br><br> **RENEWED APPLICATION FOR CERTIFICATE OF DEFAULT** |

Pursuant to Federal Rule of Civil Procedure 55(a) and Civil Local Rule 55.1, petitioner jWIN Electronics Corp. ("jWIN") submits this Renewed Application for Certificate of Default as to Respondents iCube Corporation, iCube America Corp., and iCube America Corporation. This application is supported by the Declaration of Perry Clark submitted herewith.

Dated: April 30, 2008                    Respectfully submitted,

*[signature]*
Jenny N. Lee (JL 7846)
KIRKLAND & ELLIS LLP
555 California Street, Ste. 2700
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Abigail M. Diaz-Pedrosa (AD 0502)
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Attorneys for jWIN Electronics Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 30, 2008, I served a copy of the **RENEWED APPLICATION FOR CERTIFICATE OF DEFAULT** filed by Petitioner jWIN Corporation in Case No. 07-CV-9459 AKH by enclosing it in a Federal Express Envelope addressed to:

Pan Gun Kim
Vice President of iCube Corporation
Agent for Service of Process for iCube America Corporation and iCube America Corp.
6131 Orange Thorpe Ave., #265
Buena Park, CA 90620

Stuart A. Blander, Esq.
Heller, Horowitz & Feit, P.C.
292 Madison Avenue
New York, New York 10017

Dated: April 30, 2008

_____
Jenny N. Lee (JL 7846)
KIRKLAND & ELLIS LLP
555 California Street, Ste. 2700
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

*Attorney for jWIN Electronics Corp.*