RECEIVED
MAY 0 1 2008
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/08

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

555 California Street
San Francisco, California 94104-1501

Jenny N. Lee
To Call Writer Directly:
415 439-1477
jlee@kirkland.com

(415) 439-1400

www.kirkland.com

Facsimile:
(415) 439-1500
Dir. Fax: 415 439-1500

April 30, 2008

*[handwritten: The conf. is cancelled. 5/1/08  /s/ AKHellerstein]*

**VIA FACSIMILE**

Hon. Alvin K. Hellerstein
Room 1050
United States Courthouse
500 Pearl Street
New York, NY 10007
Tel: (212) 805-0152
Fax: (212) 805-7942

Re: Court Conference Scheduled for May 2, 2008 in *jWIN Electronics Corp. v. iCube Corp. et al.*, 07-cv-9459 (AKH)

Dear Judge Hellerstein:

We represent petitioner jWIN Electronics Corporation ("jWIN") in the above-captioned proceedings. We write to request cancellation of the hearing scheduled on May 2, 2008 in light of jWIN's Renewed Application for Certificate of Default, electronically filed on April 30, 2008. Specifically, this letter is being sent pursuant to the court's docket order, which states, "If motions for default judgments are made, counsel shall request cancellation of this [May 2, 2008] conference."

In the event that the Court chooses to deny this request, we request, in the alternative, the Court's permission to attend the May 2 hearing via teleconference using the following toll-free telephone number:

Toll Free Access Number: (877) 339-0018
Meeting Number: *4391477*

Finally, we note that none of the defendants have filed responses to the complaints that were served on them on October 4, 2007 and January 25, 2008. *See* Docket Items 4, 6-7. A request for an entry of default against defendant iCube America Corp. has been pending since December 17, 2007. *See* Docket Item 5.

Please contact me in my office at (415) 439-1477 if you have any questions.

Chicago    Hong Kong    London    Los Angeles    Munich    New York    Washington, D.C.

## KIRKLAND & ELLIS LLP

Judge Hellerstein
April 30, 2008
Page 2

                                          Sincerely,

                                          */s/ Jenny N. Lee*
                                        Jenny N. Lee

cc:    P. Clark, Esq. (via e-mail, pclark@kirkland.com)
        S. Blander, Esq. (via e-mail, sablander@hhandf.com)