Jenny Lee
KIRKLAND & ELLIS LLP
555 California St., Ste. 2700
San Francisco, CA  94104
Telephone:  (415) 439-1400
Facsimile:  (415) 439-1500
jlee@kirkland.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| jWIN Electronics Corp., | ) | |
| | ) | |
| Petitioner, | ) | Case No. 07-CV-9459 AKH |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF CHANGE OF** |
| iCube Corporation, iCube America Corp., | ) | **ATTORNEY INFORMATION** |
| iCube America Corporation, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**JWIN ELECTRONICS CORPORATION'S NOTICE
OF CHANGE OF ATTORNEY INFORMATION**

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Kirkland & Ellis, LLP has opened a new office location in Palo Alto, CA.  Effective immediately, all case-related documents addressed to Perry R. Clark, Esq. should be sent to the following address:

Kirkland & Ellis, LLP
950 Page Mill Road
P.O. Box 51827
Palo Alto, California 94303

**PLEASE TAKE FURTHER NOTICE** that the address for Kirkland & Ellis, LLP in San Francisco has not changed.

**PLEASE TAKE FURTHER NOTICE THAT** email addresses have not changed.

Dated: September 3, 2008                               Respectfully submitted,


    /s/ Jenny Lee    

Jenny Lee
KIRKLAND & ELLIS LLP
555 California St., Ste. 2700
San Francisco, CA  94104
Telephone:  (415) 439-1400
Facsimile:   (415) 439-1500
jlee@kirkland.com


Attorney for jWIN Electronics Corp.

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 3, 2008, I served a copy of the **NOTICE OF CHANGE OF ATTORNEY INFORMATION** filed by Petitioner jWIN Corporation in Case No. 07-CV-9459 AKH by enclosing it in a Federal Express Envelope addressed to:

Pan Gun Kim
Vice President of iCube Corporation
Agent for Service of Process for iCube America Corporation and iCube America Corp.
6131 Orange Thorpe Ave., #265
Buena Park, CA 90620

Stuart A. Blander, Esq.
Heller, Horowitz & Feit, P.C.
292 Madison Avenue
New York, New York 10017

Dated: September 3, 2008

    /s/ Jenny Lee_____
Jenny Lee
KIRKLAND & ELLIS LLP
555 California St., Ste. 2700
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

*Attorney for jWIN Electronics Corp.*